AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ-05230
) 
The Electronically Stored Information & Communications )
Contained in the Google E-Mail Accounts more fully )
described in Attachment A. )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___NORTHERN___ District of ___CALIFORNIA___
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, attached hereto and incorporated herein.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B, attached hereto and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___1-3-13___
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
ANY U. S. MAGISTRATE JUDGE
*(name)*

☒ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☒ until, the facts justifying, the later specific date of ___03/20/2013___

Date and time issued: 12/20/12 910a                    *[signature]*
                                                         Judge's signature

City and state: Vancouver, Washington           DAVID W. CHRISTEL, U. S. Magistrate Judge
                                                         *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## ATTACHMENT A

The electronically stored information and communications contained in, related to, and associated with the Google accounts:

heartofadog@gmail.com, mrdannybland@gmail.com, and rosemary.m.carroll@gmail.com; including any and all information preserved pursuant to Preservation Record Number 3-795000000228

for the time period January 1, 2009, to the present, as well as all other subscriber and log records associated with the account, which are located at premises owned, maintained, controlled or operated by Google, Inc., 1600 Amphitheatre Parkway, Mountain View, California.

## ATTACHMENT B
## ITEMS TO BE SEIZED

**I.     Items to be Provided by Google for Search:**

All electronically stored information and communications contained in, related to, and associated with the following Google accounts:

    a.    heartofadog@gmail.com;

    b.    mrdannybland@gmail.com;

    c.    rosemary.m.carroll@gmail.com;

including any and all information preserved pursuant to Preservation Record Number 3-795000000228, for only the time period January 1, 2009, to the present, including the following:

    i.    All subscriber records associated with the specified accounts, including 1) name; 2) address; 3) records of session times; 4) length of service (including start date) and types of services utilized; 5) telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address such as internet protocol address; 6) account log files (login IP address, account activation IP address, and IP address history); 7) detailed billing records/logs; 8) means and source of payment; and 9) lists of all related accounts;

    ii.    all e-mail content;

    iii.    all account information;

    iv.    all profile information;

    v.    all contact lists;

    vi.    all calendar content;

    vii.    all instant messaging content;

    viii.    all Google Documents content including photographs, documents, spreadsheets or other content;

    ix.    any records of communications between Google, and any other person

about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users about the specified account. This to include records of contacts between the subscriber and the provider's support services, as well as records of any actions taken by the provider or subscriber as a result of the communications.

## II. Items to be Seized

From all electronically stored information and communications contained in, related to, and associated with Google accounts:

    a.    heartofadog@gmail.com;

    b.    mrdannybland@gmail.com;

    c.    rosemary.m.carroll@gmail.com;

including any and all information preserved pursuant to Preservation Record Number 3-795000000228.

all information described below that constitutes fruits, evidence, and instrumentalities of violations of 18 U.S.C. § 1341 (Mail Fraud) and 18 U.S.C. § 1343 (Wire Fraud), for each account or identifier listed on Attachment A, specifically information pertaining to the following matters:

    i.    All messages, documents, and profile information, attachments or other data that serve to identify any persons who established, use or access the account specified, or who exercise in any way any dominion or control over the specified account;

    ii.    For email addresses mrdannybland@gmail.com and rosemary.m.carroll@gmail.com only, any content pertaining to Kasey Anderson or Red River Records;

    iii.    Any content pertaining to music-related projects associated with or involving Kasey Anderson or Red River Records, including concert tours or concerts and albums or music recordings, specifically Kasey Anderson's concert tours, the West Memphis Three project and concerts or associated album entitled "Trapped Like a Ghost," Kasey Anderson's records or the associated album entitled "Heart of a Dog," or the Ron Franklin project or the associated album entitled "50,000 Watts of Heavenly Joy";

    iv.    Any content pertaining to investors or investments in music-related projects associated with or involving Kasey Anderson or Red River Records, including concert

tours or concerts and albums or music recordings, specifically Kasey Anderson's concert tours, the West Memphis Three project and concerts or the associated album entitled "Trapped Like a Ghost," Kasey Anderson's records or the associated album entitled "Heart of a Dog," or the Ron Franklin project or the associated album entitled "50,000 Watts of Heavenly Joy";

v. All subscriber records associated with the specified accounts, including name, address, local and long distance telephone connection records, or records of session times and durations, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address, and means and source of payment for such service) including any credit card or bank account number;

vi. Any and all other log records associated with the specified accounts, including all records identifying the IP address(es) used to access the account and the dates and times such IP address(es) were used to access the account;

vii. Any records of communications between Google and any person about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users about the specified account. This to include records of contacts between the subscriber and the provider's support services, as well as records of any actions taken by the provider or subscriber as a result of the communications.